04919

BOOK 212 PAGE 889

Paul M. Apostolo, of 3449 Wilkens Avenue, Baltimore, Maryland 21229

for consideration paid, grant to **Judith A. Sisti and Robert L. Sisti**, both of 76C Valley Green Court, in the Louisquisset Country Club Condominiums, in the Town of North Providence, County of Providence and State of Rhode Island as TENANTS BY THE ENTIRETY

with WARRANTY COVENANTS

That certain condominium unit located in **LOUISQUISSET COUNTRY CLUB CONDOMINIUMS**, situated in the Town of North Providence, County of Providence and State of Rhode Island as more fully bounded and described on Exhibit A attached hereto and made a part hereof.

Witness my hand this 6th day of September, 1990

_____
Paul M. Apostolo

Maryland
State of ~~Rhode Island~~
COUNTY OF ANNE ARUNDEL

In Baltimore City on the 6th day of September, 1990 before me personally appeared the above named grantor Paul M. Apostolo to me known and known by me to be the party executing the foregoing instrument, and he acknowledged said instrument, by him executed, to be his free act and deed.

_____
Paul E. Coakley
Notary Public

My Commission
July 1, 1992

[Notary Seal: PAUL E. COAKLEY, JR. NOTARY PUBLIC ANNE ARUNDEL CO., MD.]

BOOK 212 PAGE 890

The following premises in Louisquisset Country Club Condominium, Phase 18, in the Town of North Providence, County of Providence, State of Rhode Island, created by Declaration of Condominium, dated December 21, 1983 and recorded on December 23, 1983 at 10:40 a.m., in the Records of Land Evidence in the Town of North Providence, Rhode Island, as said Declaration is amended of record, designated as Unit Number 76C in Building Number 76.

Together with the applicable percentage interest in the Common Elements of said Condominium appurtenant to said Unit as set forth in said Declaration as amended, and together with with the rights and easements appurtenant to said Unit as set forth in the Declaration.

Said premises are conveyed subject to and with the benefit of the provisions of Rhode Island General Laws 34-36.1 et seq., the Declaration of Condominium referred to above, the ByLaws set forth therein and the Rules and Regulations attached thereto as Exhibit F, as any or all of the above may be amended from time to time.

TAX 364.00
SEP 10 1990
DATE
m.L

001322

REAL ESTATE CONVEYANCE TAX

SEP 10 1990
RECEIVED FOR RECORD
AT 9:28 A.M.