**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| JUDITH A. SISTI,<br><br>        Plaintiff,<br><br>v.<br><br>FEDERAL HOUSING FINANCE AGENCY, FEDERAL HOME LOAN MORTGAGE CORPORATION, and NATIONSTAR MORTGAGE, LLC,<br><br>        Defendants. | C.A. No. 1:17-cv-00005-M-LDA |

**PLAINTIFF'S ASSENTED-TO MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANTS' MOTION TO CERIFY THE AUGUST 2, 2018 ORDER FOR INTERLOCUTORY APPELLATE REVIEW UNDER 28 U.S.C. § 1292(b)**

Pursuant to Fed. R. Civ. P. 6(b)(1), Plaintiff Judith A. Sisti hereby requests this Court enlarge the time in which Plaintiff must respond to Defendants' Motion to Certify the August 2, 2018 Order for Interlocutory Appellate Review Under 28 U.S.C. §1292(b) (the "Motion"). The Plaintiff requests that she be permitted up to and including **September 20, 2018** to prepare her objection to the Motion. The reason for the extension is the undersigned counsel is leaving Rhode Island and is no longer affiliated with Rhode Island Legal Services ("RILS"). Consequently, new RILS attorneys will enter their appearance in the next few weeks and will be responding to the Motion. Counsel for the movant Defendants consent to this extension.

Dated: August 29, 2018

                                                                             Respectfully submitted,
                                                                             Judith A. Sisti
                                                                             By Her Attorneys,
                                                                             /s/ *Steven M. Fischbach*
                                                                             Steven M. Fischbach, Bar No. 3259
                                                                             158 ARNOLD AVENUE
                                                                             CRANSTON, RI 02905
                                                                             Telephone: (401) 465-5236
                                                                             steve.fischbach@gmail.com

2

**<u>CERTIFICATE OF SERVICE</u>**

      I hereby certify that this document filed through the ECF system will be sent to all counsel of record on August 29, 2018

                                        <u>/s/ Steven Fischbach        </u>