# UNITED STATES DISTRICT COURT
# DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JUDITH A. SISTI,<br><br>   Plaintiff,<br><br>v.<br><br>FEDERAL HOUSING FINANCE AGENCY, FEDERAL HOME LOAN MORTGAGE CORPORATION, and NATIONSTAR MORTGAGE, LLC,<br><br>   Defendants. | C.A. No. 1:17-cv-00005-M-LDA |

## JOINT STATUS REPORT
## AND REQUEST FOR AMENDED SCHEDULING ORDER

Plaintiff, Judith A. Sisti ("Plaintiff"), and Defendants, Federal Housing Finance Agency, Federal Home Loan Mortgage Corporation, and Nationstar Mortgage LLC ("Defendants," and together with Plaintiff, the "Parties"), submit the following Joint Status Report and Request for Amended Scheduling Order:

Following the Status Report filed by the Parties on January 7, 2019, the Court entered an Order on January 8, 2019 resetting the operative scheduling order deadlines. The Parties report to the Court that they are currently engaged in fact discovery. In order to afford the Parties with sufficient time to complete this discovery, the Parties jointly request the Court extend the scheduling order deadlines by six (6) months to the following:

 Factual Discovery to close by 12/30/2019;

 Plaintiff's Expert Disclosures shall be made by 1/30/2020;

 Defendants' Expert Disclosures shall be made by 2/28/2020;

 Expert Discovery to close by 3/30/2020; and

Dispositive Motions due by 4/30/2020.

All Parties have joined in this request.

WHEREFORE, based on the Parties' ongoing discovery, the Parties jointly request the scheduling order deadlines be extended by six months.

Respectfully submitted,

| | |
|---|---|
| JUDITH A. SISTI, | FEDERAL HOUSING FINANCE AGENCY and FEDERAL HOME LOAN MORTGAGE CORPORATION, |
| By Her Attorneys, | |
| | By Their Attorneys, |
| */s/ Michael Zabelin* | |
| Michael Zabelin, Bar No. 8485 | */s/ Ethan Z. Tieger* |
| RHODE ISLAND LEGAL SERVICES | Samuel C. Bodurtha, Bar No. 7075 |
| 56 Pine Street, Suite 400 | Ethan Z. Tieger, Bar No. 9308 |
| Providence, RI, 02903 | HINSHAW & CULBERTSON LLP |
| (401) 274-2652, ext. 152 | 56 Exchange Terrace, 5th Floor |
| (401) 272-4280 fax | Providence, RI 02903 |
| mzabelin@rils.org | Telephone: (401) 751-0842 |
| | Facsimile: (401) 751-0072 |
| | sbodurtha@hinshawlaw.com |
| NATIONSTAR MORTGAGE LLC, | etieger@hinshawlaw.com |
| By Its Attorneys, | |
| | FEDERAL HOUSING FINANCE AGENCY |
| */s/ Joseph A. Farside, Jr.* | |
| Joseph A. Farside, Jr. Bar No. 7559 | By Its Attorney, |
| LOCKE LORD LLP | |
| One Financial Plaza, Ste. 2800 | */s/ Michael A.F. Johnson* |
| Westminster Street | Michael A.F. Johnson (*pro hac vice*) |
| Telephone: (401) 455-7648 | ARNOLD & PORTER KAYE SCHOLER LLP |
| Facsimile: (401) 276-6111 | 601 Massachusetts Ave., NW |
| joseph.farside@lockelord.com | Washington, DC 20001 |
| | (202) 942-5000 |
| | (202) 942-5999 (fax) |
| | Michael.Johnson@apks.com |

Dated:     June 27, 2019

## **CERTIFICATE OF SERVICE**

      I, Ethan Z. Tieger, hereby certify that the documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants on June 27, 2019.

                                         */s/ Ethan Z. Tieger*
                                         Ethan Z. Tieger

303867492v1 0994149