UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JUDITH SISTI,<br><br>　　　　Plaintiff,<br><br>v.<br><br>FEDERAL HOUSING FINANCE AGENCY, FEDERAL HOME LOAN MORTGAGE CORPORATION, AND NATIONSTAR MORTGAGE, LLC,<br><br>　　　　Defendants. | CIVIL ACTION NO. 17-cv-005-JJM |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please withdraw the appearance of Ethan Z. Tieger as counsel of record for the Defendants, Federal Housing Finance Agency and Federal Home Loan Mortgage Corporation, in regard to the above-captioned matter. Samuel C. Bodurtha will remain as counsel for these Defendants in this matter.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　FEDERAL HOUSING FINANCE AGENCY
　　　　　　　　　　　　　　　　　　　AND FEDERAL HOME LOAN
　　　　　　　　　　　　　　　　　　　MORTGAGE CORPORATION

　　　　　　　　　　　　　　　　　　　By: Their Attorneys

　　　　　　　　　　　　　　　　　　　/s/ *Ethan Z. Tieger*
　　　　　　　　　　　　　　　　　　　Samuel C. Bodurtha, Bar No. 7075
　　　　　　　　　　　　　　　　　　　Ethan Z. Tieger, Bar No. 9308
　　　　　　　　　　　　　　　　　　　HINSHAW & CULBERTSON LLP
　　　　　　　　　　　　　　　　　　　56 Exchange Terrace, 5th Floor
　　　　　　　　　　　　　　　　　　　Providence, RI 02903
　　　　　　　　　　　　　　　　　　　Tel: 401-751-0842/Fax: 401-751-0072
　　　　　　　　　　　　　　　　　　　Email: sbodurtha@hinshawlaw.com
　　　　　　　　　　　　　　　　　　　　　　　etieger@hinshawlaw.com

Dated:　　August 26, 2019

2

## **CERTIFICATE OF SERVICE**

 I, Ethan Z. Teiger, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 26, 2019.

            /s/ *Ethan Z. Teiger*
            Ethan Z. Tieger, Bar #9308

304181823v1 0994149