## UNITED STATES DISTRICT COURT
## DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JUDITH A. SISTI,<br><br>         Plaintiff,<br><br>v.<br><br>FEDERAL HOUSING FINANCE AGENCY, FEDERAL HOME LOAN MORTGAGE CORPORATION, and NATIONSTAR MORTGAGE, LLC,<br><br>         Defendants. | C.A. No. 1:17-cv-00005-M-LDA |

## JOINT STATUS REPORT
## AND REQUEST FOR AMENDED SCHEDULING ORDER

Plaintiff, Judith A. Sisti ("Plaintiff"), and Defendants, Federal Housing Finance Agency and Federal Home Loan Mortgage Corporation, and Nationstar Mortgage, LLC ("Defendants," and together with Plaintiff, the "Parties"), submit the following Joint Status Report and Request for Amended Scheduling Order:

The Parties report to the Court that they are currently re-engaged in negotiations aimed at resolving the action. In order to afford the Parties with sufficient time to complete these discussions and discovery (if necessary), the Parties jointly request the Court extend the scheduling order deadlines by three (3) months to the following:

Factual Discovery to close by 6/30/2020;

Plaintiff's Expert Disclosures shall be made by 7/30/2020;

Defendants' Expert Disclosures shall be made by 8/28/2020;

Expert Discovery to close by 9/30/2020; and

Dispositive Motions due by 10/30/2020.

All Parties have joined in this request.

WHEREFORE, based on the Parties' ongoing discovery and renewed negotiations aimed at resolving the action, the Parties jointly request the scheduling order deadlines be extended by three months.

Respectfully submitted,

| Judith A. Sisti, | FEDERAL HOUSING FINANCE AGENCY and FEDERAL HOME LOAN MORTGAGE CORPORATION, |
|---|---|
| By Her Attorneys, | By Their Attorneys, |
| */s/ Michael Zabelin* <br> Michael Zabelin, Bar No. 8485 <br> RHODE ISLAND LEGAL SERVICES <br> 56 Pine Street, Suite 400 <br> Providence, RI, 02903 <br> (401) 274-2652, ext. 152 <br> (401) 272-4280 fax <br> mzabelin@rils.org | */s/ Samuel C. Bodurtha* <br> Samuel C. Bodurtha, Bar No. 7075 <br> HINSHAW & CULBERTSON LLP <br> 321 South Main Street, Suite 301 <br> Providence, RI 02903 <br> Telephone: (401) 751-0842 <br> Facsimile: (401) 751-0072 <br> sbodurtha@hinshawlaw.com |
| | NATIONSTAR MORTGAGE, LLC, |
| | By Its Attorneys, |
| | **/S/ KRYSTLE TADESSE** <br> Krystle Tadesse,. Bar No. 7944 <br> LOCKE LORD LLP <br> One Financial Plaza, Ste. 2800 <br> Westminster Street <br> Telephone: (401) 455-7648 <br> joseph.farside@lockelord.com |

Dated: March 24, 2020

303867492v1 0994149

## **CERTIFICATE OF SERVICE**

      I, Michael Zabelin, hereby certify that the documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants on March 24, 2020.

                                                          */s/*
                                                 Michael J. Zabelin

303867492v1 0994149